STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LAWRENCE L. TONG
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS KIYOSHI KAKUNO,<br><br>    Defendant. | CR. NO. _____<br><br>INDICTMENT<br><br>18 U.S.C. § 2113(a)<br>[Bank Robbery] |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about January 26, 2000, in the District of Hawaii, THOMAS KIYOSHI KAKUNO did, by intimidation, take and attempt to take, from the person and presence of another, money belonging to, and in the care, custody, control, management and possession of American Savings Bank, Kamehameha Shopping Center branch, a bank whose deposits are insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, section 2113(a).

COUNT 2

The Grand Jury further charges:

On or about January 26, 2000, in the District of Hawaii, THOMAS KIYOSHI KAKUNO did enter and attempt to enter the Hawaii National Bank, Kamehameha Shopping Center branch, a bank whose deposits are insured by the Federal Deposit Insurance Corporation, with intent to commit in such bank a felony affecting such bank, that is, the taking and carrying away, with intent to steal and purloin, property and money and other thing of value exceeding $100.00 and belonging to and in the care, custody, control, management, and possession of such bank.

In violation of Title 18, United States Code, § 2113(a).

DATED: Honolulu, Hawaii, February 2, 2000.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
LAWRENCE L. TONG
Assistant U.S. Attorney

United States v. Thomas Kiyoshi Kakuno
"Indictment"