AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
### District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 28 2008

at ____ o'clock and 4ᵉᵖʷ __ M.
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 00-00050HG |

THOMAS KIYOSHI KAKUNO
909 KAAMAHU PLACE
HONOLULU HI 96817
   (Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED TO ARREST THOMAS KIYOSHI KAKUNO and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED.

in violation of Title   United States Code, Section(s) .

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | December 30, 2004 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL          By: Helen Gillmor, United States District Judge

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ . |||
| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest | | see copy for signature |

AO 442 (Rev. 10/03) Warrant for Arrest



# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

THOMAS KIYOSHI KAKUNO
909 KAAMAHU PLACE
HONOLULU HI 96817
(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: CR 00-00050HG

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST THOMAS KIYOSHI KAKUNO and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED.

in violation of Title   United States Code, Section(s) .

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |

| Signature of Issuing Officer/Deputy Clerk | December 30, 2004 at Honolulu, Hawaii |
|---|---|
|  | Date and Location |

Bail Fixed at NO BAIL          By: Helen Gillmor, United States District Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ . |

| Date Received | NAME AND TITLE OF ARRESTING OFFICER<br>Brenten L. Nihei<br>SDUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 01/04/05 | | |